RECEIVED
IN LAKE CHARLES, LA
MAR 3 1 2009
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LINDA WALKER | : | DOCKET NO. 2:08-cv-401 |
| VS. | : | JUDGE MINALDI |
| COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the Commissioner's determination be AFFIRMED and that plaintiff's Complaint be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE